Kristen P. REISINGER, Donald Kelchner and John E. Wetzel, Appellees.

Supreme Court of Pennsylvania.

Nov. 23, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of November, 2011, the Order of the Commonwealth Court is hereby **AFFIRMED.**

Frank T. PERANO d/b/a GSP Management Co., Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Appellee.

Frank T. Perano d/b/a GSP Management Co., Appellee

v.

Commonwealth of Pennsylvania, Department of Environmental Protection, Appellant.

Supreme Court of Pennsylvania.

Nov. 23, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of November, 2011, the order of the Commonwealth Court is hereby **AFFIRMED.** The appeal at 31 MAP 2011 is hereby dismissed as moot.